IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WATEKA N. THOMASON,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No.  5D22-607
LT Case Nos. 2017-300011-CFDB
              2017-300025-CFDB
              2017-300027-CFDB
              2017-300036-CFDB
              2017-300050-CFDB

_____/

Decision filed June 28, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Wateka N. Thomason, Ocala, pro se.

No Appearance for Appellee.


PER CURIAM.


    AFFIRMED.


COHEN, EDWARDS and EISNAUGLE, JJ., concur.